920

No. 72–667.  SCHOOL BOARD OF THE CITY OF NEWPORT NEWS, VIRGINIA, ET AL. *v.* THOMPSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 72–668.  CISNEROS ET AL. *v.* CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT ET AL.  C. A. 5th Cir. Certiorari denied.

No. 72–1197.  BARRON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–1450.  BOARD OF SCHOOL COMMISSIONERS OF THE CITY OF INDIANAPOLIS ET AL. *v.* UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 72–5367.  JOHNSON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5379.  BRANDON *v.* NEW JERSEY.  C. A. 3d Cir. Certiorari denied.

No. 72–5480.  CONWAY *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 72–6057.  GREELEY *v.* UNITED STATES; and
No. 72–6299.  GREELEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 471 F. 2d 25.

No. 72–6099.  SINGLETON *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 72–6101.  JOHNSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6185.  SEARCY *v.* PINNOCK.  C. A. 9th Cir. Certiorari denied.

No. 72–6265.  CLAYTON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.